1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Tony L. Holloway

7

8
                      **UNITED STATES DISTRICT COURT**
9
                      **CENTRAL DISTRICT OF CALIFORNIA**
10

11  TONY L. HOLLOWAY,                )  Case No.: CV 10-5765 RZ
                                     )
12          Plaintiff,                )  [PROPOSED] ORDER AWARDING
                                     )  EQUAL ACCESS TO JUSTICE ACT
13      vs.                          )  ATTORNEY FEES AND EXPENSES
                                     )  PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15                                   )
            Defendant                )
16                                   )
                                     )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $2,575.00 as

21  authorized by 28 U.S.C. § 2412 be awarded to Plaintiff. ~~subject to the terms of the~~

22  ~~Stipulation~~.

23  DATE:   December 06, 2011

24                                          _____
                                            THE HONORABLE RALPH ZAREFSKY
25                                          UNITED STATES MAGISTRATE JUDGE

26

                                    -1-