1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Tony L. Holloway

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | TONY L. HOLLOWAY,              ) Case No.: CV 10-5765 RZ
                                    )
12 |       Plaintiff,                ) [PROPOSED] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
13 |   vs.                           ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,              )
     Commissioner of Social Security,)
15 |                                 )
           Defendant                 )
16 |                                 )
                                    )
17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $2,575.00 as

21 authorized by 28 U.S.C. § 2412 be awarded to Plaintiff. ~~subject to the terms of the~~

22 ~~Stipulation~~.

23 DATE:   December 06, 2011

24                                    _____
                                      THE HONORABLE RALPH ZAREFSKY
25                                    UNITED STATES MAGISTRATE JUDGE

26